**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANDREW SABRIC and GENEVIEVE SABRIC, CO-EXECUTORS of the ESTATE OF DEBORAH BACHAK

Plaintiffs,

v.

LOCKHEED MARTIN and U.S. SECURITY ASSOCIATES, INC.

Defendants.

CIVIL ACTION NO. 3:09-2237

(JUDGE CAPUTO)

**ORDER**

**NOW**, this 30th day of May, 2012, **IT IS HEREBY ORDERED** that Defendant U.S. Security Associate's Motion for Summary Judgment (Doc. 46) is **GRANTED.** It is further **ORDERED** that Defendant Lockheed Martin's Motion for Summary Judgment (Doc. 37) is **GRANTED in part and DENIED in part.**

(1) Lockheed Martin's Motion for Summary Judgment on Plaintiffs' claims is **GRANTED**.

(2) Lockheed Martin's Motion for Summary Judgment on its cross-claim for indemnification and reimbursement against U.S. Security Associates, Inc. is **DENIED**.

The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge